



# MEMORANDUM OPINION

No. 04-11-00075-CV

Alma Leticia **TREVINO**,
Appellant

v.

David **FERNANDEZ** d/b/a Jailbusters Bonding Company,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 343992
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
          Karen Angelini, Justice
          Sandee Bryan Marion, Justice

Delivered and Filed:  April 13, 2011

DISMISSED

Appellant has filed a motion indicating that the parties have fully resolved and settled all issues in dispute. Because the parties have reached a final settlement of all issues raised in this appeal, appellant asks that we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant's motion to dismiss is granted, and this appeal is dismissed. Costs of appeal are taxed against the appellant. *See id.* at (d).

PER CURIAM